

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00204-CV

| | |
|---|---|
| MARY CHIROO OGAMBA, EVANS OGAMBA MOKAYA, AND LIZ NYAISAWA OGAMBA, Appellants | § On Appeal from the 236th District Court |
| | § of Tarrant County (236-348071-23) |
| V. | § November 14, 2024 |
| JPS HEALTH NETWORK D/B/A TARRANT COUNTY HOSPITAL DISTRICT, Appellee | § Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Mary Chiroo Ogamba, Evans Ogamba Mokaya, and Liz Nyaisawa Ogamba shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth